IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ALAN HUMPHREY, | : | |
| Petitioner-Plaintiff | : | |
| v. | : | 5:06-CV-222 (WDO) |
| UNITED STATES OF AMERICA, | : | |
| Defendant-Respondent | : | |

## ORDER

This matter is before the Court on the Petitioner-Plaintiff's motion to proceed *in forma pauperis*. A review of the 200-page Complaint reveals that Petitioner-Plaintiff has failed to state any sort of coherent claim or argument against any potential defendant. It appears Petitioner-Plaintiff seeks to challenge his conviction pursuant to a habeas petition and to sue federal officials for matters leading up to his arrest more than a decade ago. A review of the Court's docket reveals that at least two different habeas petitions filed by Petitioner-Plaintiff have been dismissed and thus any future habeas petitions would be impermissible "second or successive petitions." Therefore, the above referenced case and the apparently related case filed as Humphrey v. United States, 5:06-CV-223 are DISMISSED WITHOUT PREJUDICE for failure to state any type of arguable claim against any individual or government entity.

SO ORDERED this 13th day of June, 2006.


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE